FILED
2020 Feb-18 AM 10:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JOSE ESTEBAN MARQUEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WILLIAM P. BARR, et al., ) <br> ) <br> Respondents. ) <br> ) | Case No.: 4:19-cv-01186-LSC-SGC |

## **MEMORANDUM OPINION**

The magistrate judge filed a report on January 10, 2020, recommending Respondents' motion to dismiss (Doc. 11) be granted and this 28 U.S.C. § 2241 habeas action be dismissed as moot because Petitioner was released from the custody of U.S. Immigration and Customs Enforcement and removed to his native country of the Dominican Republic on December 17, 2019. (Doc. 12). No party has filed timely objections, although advised of their right to do so.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. In accordance with the recommendation, the court finds that Respondents' motion to dismiss (Doc. 11) is due to be granted and this § 2241 petition is due to be dismissed as moot.

1

A separate order will be entered.

**DONE** AND **ORDERED** ON FEBRUARY 18, 2020.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704